THE INHABITANTS OF THE TOWNSHIP OF BLOOMFIELD

*v.*

THE MAYOR AND COUNCIL OF THE BOROUGH OF GLEN RIDGE et al.

On bill and demurrer.

The bill in this case sets out that the township of Bloomfield entered into a contract with the Orange Water Company to buy water for city purposes, to be taken from the mains and hydrants of said company already located in the streets of said township. The township was to pay $30 per annum for each hydrant for the term of eight years and six months; that the borough of

Glen Ridge was formed; that in the territory included within Glen Ridge forty-eight of the hydrants were set, and after the organization of the borough of Glen Ridge it passed an ordinance regulating the use of these hydrants, which ordinance deprives the township of Bloomfield not only of the exclusive use of these hydrants, but of any use of them.

The prayers are that the defendants may be enjoined from controlling or regulating these hydrants or from interfering with the complainant in its use of said hydrants.

*Mr. George S. Hilton,* for the complainant.

*Mr. Joseph G. Gallagher* and *Mr. Joseph Coult,* for the defendants.

REED, V. C.

The same principles are involved in this case as in the preceding case. For the reasons there given, I conclude that the control over the hydrants which, by the alteration of the township lines, are thrown into the borough limits, passed to the borough government. The borough has the right to control hydrants. *P. L. of 1878 p. 12* §§ *5, 11; P. L. of 1888 p. 226.*

The township being stripped of its right to control them, it has no footing to ask this court to enjoin the defendants from doing so or from interfering with the complainant in doing so.

Decree will be advised for the demurrants.